UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 23-9540-MWF            **Date:** February 16, 2024

**Title:** In Re: Allana Baroni

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
| --- | --- |
| Rita Sanchez | Not Reported |
| | |
| Attorneys Present for Appellants: | Attorneys Present for Appellees: |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER TO SHOW CAUSE

    Debtors Allana and James Baroni and their counsel Richard Antognini (collectively "Appellants") filed the Notice of Appeal initiating this action on November 12, 2023. (Docket No. 1). Appellants have yet to file an Opening Brief, likely because the bankruptcy record was never transmitted to the Court pursuant to Federal Rule of Bankruptcy Procedure 8010(b)(3). Accordingly, the deadline for filing the Opening Brief was never triggered. *See* Fed. R. Bankr. P. 8018(a)(1) ("The appellant must serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically.").

    While it is the "duty of the bankruptcy court to transmit the record to the district court," it is equally true that litigants "may not simply sit back and rely on the court to keep him or her up to date." *In re Williams*, 227 B.R. 589, 595–96 (D.R.I. 1998) (citation omitted). Moreover, as the parties are well aware, the Court has heard other appeals filed by Appellants that appear to render this action moot. *See, e.g.*, *In re Baroni*, Nos. 23-6235-MWF, 23-6689-MWF, 2023 WL 5829023 (C.D. Cal. Aug. 31, 2023).

    Accordingly, the Court **ORDERS** Appellants to **SHOW CAUSE** ("OSC"), in writing, by **March 4, 2024**, why this appeal should not be dismissed for lack of prosecution. Alternatively, Appellants may discharge the OSC by indicating that they have complied with Federal Rules of Bankruptcy Procedure 8003 and 8009.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV 23-9540-MWF **Date:**  February 16, 2024

**Title:**  In Re: Allana Baroni

Given the dilatory history of Appellants, failure to respond to the OSC by **March 4, 2024**, will result in **<u>automatic dismissal</u>** of this appeal.  *See* Fed. R. Bankr. P. 8003 (explaining that an appellant's failure to follow the procedures for filing an appeal is ground for "dismissing the appeal").

Further, this OSC serves as **NOTICE** to Appellants that any future failure to meet any deadline imposed by statute or this Court will result in automatic dismissal of this appeal without further notice.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

IT IS SO ORDERED.